Leslie Bryan Hart, Esq. (SBN 4932)
John D. Tennert, Esq. (SBN 11728)
FENNEMORE CRAIG, P.C.
300 E. Second St., Suite 1510
Reno, Nevada 89501
Tel: 775-788-2228   Fax: 775-788-2229
lhart@fclaw.com; jtennert@fclaw.com

*Attorneys for Intervenor Federal Housing Finance Agency*

Dana Jonathon Nitz, Esq. (SBN 00050)
Chelsea A. Crowton, Esq. (SBN 11547)
WRIGHT, FINLAY & ZAK, LLP
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
(702) 475-7967; Fax: (702) 946-1345
*dnitz@wrightlegal.net; ccrowton@wrightlegal.net*
*Attorneys for Federal National Mortgage Association*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ALESSI & KOENIG, LLC, a Nevada limited liability company,<br><br>                    Plaintiff,<br>v.<br><br>ALFRED T. DOLAN, JR.; BARBARA ANN DOLAN; FEDERAL NATIONAL MORTGAGE ASSOCIATION; SUMMERLIN NORTH COMMUNITY ASSOCIATION; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS XI-XX, inclusive,<br><br>                    Defendants. | CASE NO.   2:15-cv-00805-JCM-CWH<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR FANNIE MAE AND FHFA TO FILE REPLIES TO SATICOY BAY LLC SERIES 10250 SUN DUSK LN'S RESPONSES TO MOTION TO STAY DISCOVERY AND MOTION TO CONSOLIDATE**<br><br>**(first request)** |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>                    Counterclaimant,<br>v.<br><br>SATICOY BAY LLC SERIES 10250 SUN DUSK LN; and SUNSET MESA COMMUNITY ASSOCIATION,<br><br>                    Counter-defendants. | |

Counter-Defendant, Saticoy Bay LLC Series 10250 Sun Dusk Ln. ("Saticoy Bay"), Defendant/Counterclaimant, Federal National Mortgage Association ("Fannie Mae"), and Intervenor, Federal Housing Finance Agency ("FHFA"), by and through their undersigned

counsel, hereby agree and stipulate as follows:

IT IS HEREBY AGREED AND STIPULATED that the deadlines for Fannie Mae and FHFA to file their replies in support of their Motion to Stay Discovery [Dkt. 26] and Motion to Consolidate Action With Case No. 2:15-CV-1338-GMN-CWH [Dkt. 27] are extended from December 3, 2015 to December 16, 2015.

This is the parties' first request for an extension of time regarding the replies. This extension is appropriate because counsel for Fannie Mae and FHFA are involved in nearly two dozen related cases pending in this District and are facing deadlines in many of these cases as well.

DATED this 1st day of December, 2015.

| | |
|---|---|
| **LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD.**<br><br>By:   /s/  Michael F. Bohn<br>   Michael F. Bohn, Esq. (SBN 13688)<br>   376 East Warm Springs Road, Ste. 140<br>   Las Vegas, Nevada  89119<br>   Tel: 702-642-3113  Fax:  702-642-9766<br><br>*Attorneys for Counterdefendant Saticoy Bay LLC series 10250 Sun Dusk Ln.* | **FENNEMORE CRAIG, P.C.**<br><br>By:   /s/  Leslie Bryan Hart<br>   Leslie Bryan Hart, Esq. (SBN 4932)<br>   John D. Tennert, Esq. (SBN 11728)<br>   300 E. Second St., Suite 1510<br>   Reno, Nevada 89501<br>   Tel: 775-788-2228   Fax: 775-788-2229<br>   lhart@fclaw.com;  jtennert@fclaw.com<br><br>*Attorneys for Intervenor FHFA* |

**WRIGHT, FINLAY & ZAK, LLP**

By:   /s/  Dana Jonathon Nitz
   Dana Jonathon Nitz, Esq. (SBN 00050)
   Chelsea Crowton (SBN 11547)
   5532 South Fort Apache Rd., Suite 110
   Las Vegas, NV  89148
   Tel:  702-475-7964  Fax 702-946-1345
   dnitz@wrightlegal.net
   ccrowton@wrightlegal.net

*Attorney for Defendant/Counterclaimant Federal National Mortgage Association*

## ORDER

IT IS SO ORDERED.

DATED: December 2, 2015

_____
United States Magistrate Judge