**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ALESSI & KOENIG, LLC )   Case No. 2:15-cv-00805-JCM-CWH
          Plaintiff, )
     v. )
ALFRED T. DOLAN, JR., et al, )   **ORDER**
          Defendants. )

Presently before the court is Defendant Federal National Mortgage Association's motion to compel (ECF No. 43), filed on November 3, 2016. Plaintiff Alessi & Koenig, LLC has not filed a response.

Defendant requests that the court order Plaintiff to deposit $60,100.00 with the Clerk of the Court until the quiet title claims in this case are resolved and the proper amount due to all claimants has been determined. Defendant represents that this amount represents the full proceeds from Plaintiff's sale of the property located at 10250 Sun Dusk Lane, Las Vegas, Nevada 89144. The parties in this case contest ownership of part or all of these proceeds. To date, Plaintiff has not responded to Defendant's motion.

Under Local Rule 7-2(d), the "failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion."

//
//
//
//
//
//

IT IS THEREFORE ORDERED that Defendant's motion to compel (ECF No. 43) is GRANTED. Alessi & Koenig, LLC must deposit $60,100.00 with the Clerk of Court within 7 days from the date of this order. The Clerk of Court will hold the deposit until the court determines the amount due to all parties.

DATED: December 6, 2016.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge