UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ALESSI & KOENIG, LLC, | Case No. 2:15-cv-00805-JCM-CWH |
| Plaintiff, | |
| v. | ORDER |
| ALFRED T DOLAN, JR., *et al.*, | |
| Defendants. | |

Presently before the court is the matter of *Alessi & Koenig, LLC v. Dolan, Jr. t al*, case number 2:15-cv-00805-JCM-CWH.

On October 17, 2016, Magistrate Judge Hoffman granted defendants Federal Housing Finance Agency ("FHFA") and the Federal National Mortgage Association's ("Fannie Mae") motion to stay. (ECF No. 42). On February 27, 2017, the court granted FHFA and Fannie Mae's motion for summary judgment. (ECF No. 47). On July 31, 2017, counterdefendant Saticoy Bay LLC Series 10250 Sun Dusk Ln. filed a motion to substitute attorney, which Magistrate Judge Hoffman granted. (ECF Nos. 50, 51). Since then, no party has submitted any filings with this court. The court orders the parties to submit a joint status report (indicating whether any claims remain outstanding) or a proposed judgment for review.

Accordingly,

IT IS HEREBY ORDERED that the clerk shall lift the stay in the instant case.

IT IS FURTHER ORDERED that the parties shall submit a joint status report or proposed judgment to the court within thirty (30) days of the date of this order.

DATED THIS 23rd day of April, 2018.

JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE